In the Matter of ANONYMOUS, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted November 17, 2008; decided December 18, 2008

Appeal, insofar as taken from that portion of the Appellate Division order that denied a motion to transfer the matter to the First Department and to issue certain subpoenas, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of ANONYMOUS, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted December 8, 2008; decided December 18, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

VICTOR BATSHEVER, Appellant, v AVERY E. OKIN, Respondent.

Submitted November 17, 2008; decided December 18, 2008

Motion for reargument of motion for leave to appeal denied [see 11 NY3d 807 (2008)].